United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROGER D. DREESMAN,

         Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration,

         Defendant.

Case No.  5:16-cv-02549-EJD

**ORDER RE: CONSENT/DECLINATION
TO PROCEED BEFORE A UNITED
STATES MAGISTRATE JUDGE**

On June 30, 2016, Defendant filed a document indicating her voluntary consent to have a
United States Magistrate Judge conduct all further proceedings in this action.  Dkt. No. 7.

In order to determine the position of both parties on this issue, the court orders Plaintiff to
file a similar document indicating either consent or declination to proceed before a United States
Magistrate Judge on or before **July 8, 2016.**

**IT IS SO ORDERED.**

Dated:  July 1, 2016

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:16-cv-02549-EJD
ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE